Submitted December 20, 2010, reversed and remanded March 23, 2011

CHARLES SAMUEL POPE,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A142511

249 P3d 656

Peter Gartlan, Chief Defender, and Meredith Allen, Senior Deputy Public Defender, and Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, David B. Thompson, Interim Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Gillette, Senior Judge.

PER CURIAM

Reversed and remanded. *Janowski/Fleming v. Board of Parole*, 349 Or 432, 245 P3d 1270 (2010).